**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| **In the Matter of the Bankruptcy** | ) | **Ch. 13** |
| **of Larry Lee Henderson, Sr.,** | ) | **No. 26-43128** |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICE

Ronald J. Eisenberg of EISENBERG LAW LLC enters his appearance as counsel for Creditor EISENBERG LAW LLC and requests notice.

EISENBERG LAW LLC

By: /s/ Ronald J. Eisenberg
　　Ronald J. Eisenberg, #48674(MO)
　　11775 Borman Dr., Ste. 216
　　St. Louis, MO 63146
　　636-733-6647
　　ron@eisenberglawstl.com

*Attorney for Creditor*

### CERTIFICATE OF FILING

I certify that on this 21st day of July, 2026, the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system which will send notification to all registered parties on the CM/ECF service list and this document was served by U.S. Mail to Debtor Larry Lee Henderson, Sr., P.O. Box 24742, Saint Louis, MO 63102

/s/ Ronald J. Eisenberg